Clayeo C. Arnold, SBN 65070
JOSHUA H. WATSON, SBN 238058
**CLAYEO C. ARNOLD, PC**
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 777-7777
Facsimile: (916) 924-1829
Email: jwatson@justice4you.com

JS-6

Attorneys for Plaintiff
STUART MILL PROPERTIES, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STUART MILL PROPERTIES, LLC,<br><br>　　Plaintiff,<br><br>vs.<br><br>CITY OF BURBANK, COUNTY OF LOS ANGELES<br><br>　　Defendant. | Case No.: 2:22-cv-04246-RGK-AGR<br><br>**ORDER ON STIPULATED REQUEST TO DISMISS WITH PREJUDICE** |

The Court, having read and considered the parties' STIPULATED REQUEST TO DISMISS WITH PREJUDICE, finds good cause to grant the stipulated request for relief and therefore orders as follows:

1. This matter is dismissed with prejudice. Each party shall bear its own costs and attorney's fees pursuant to the stipulation filed with the Court.
2. The status conference set for October 3, 2022 is vacated.

IT IS SO ORDERED.

Dated: SEPTEMBER 30, 2022    Signed: *Gary Klausner*

Hon. R. Gary Klausner
U.S. DISTRICT COURT JUDGE